## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN: <br><br> AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | Case: 1:15-mc-00783 <br> Assigned: Kollar-Kotelly, Kolleen <br> Assign. date: 6/19/2015 <br> Description: Miscellaneous |

## NOTICE OF APPEARANCE OF BARAK COHEN

TO THE COURT,  ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Barak Cohen of Perkins Coie LLP hereby appears as counsel for Proposed-Intervenors, in the above-referenced action.  Please serve all pleadings, orders, notices, correspondence and other documents with regard to the above-referenced action on:

Barak Cohen
700 Thirteenth Street, N.W.,
Suite 600
Washington, D.C.  20005-3960
Telephone:  202.654.6337
Facsimile:  202.654.6211
BCohen@perkinscoie.com

Dated:  July 8, 2015                               Respectfully submitted,

                                                   **PERKINS COIE** LLP


                                                   By:  */s/ Barak Cohen*
                                                   _____
                                                        Barak Cohen, Bar No. 485945
                                                        BCohen@perkinscoie.com
                                                        700 Thirteenth Street, N.W.,
                                                        Suite 600
                                                        Washington, D.C.  20005-3960
                                                        Telephone:  202.654.6337
                                                        Facsimile:  202.654.6211

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*Respectfully submitted*,

By:  */s/ Barak Cohen*
      Barak Cohen, Bar No. 485945
      BCohen@perkinscoie.com
      700 Thirteenth Street, N.W.,
      Suite 600
      Washington, D.C.  20005-3960
      Telephone:  202.654.6337
      Facsimile:  202.654.6211