## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN: <br><br><br> AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | Case: 1:15-mc-00783 <br> Assigned: Kollar-Kotelly, Kolleen <br> Assign. date: 6/19/2015 <br> Description: Miscellaneous |

### NOTICE OF WITHDRAWAL OF COUNSEL

TO:     The Clerk of the Court

AND TO:     All Parties and Their Counsel of Record

        PLEASE TAKE NOTICE of the following withdrawal of counsel on behalf of

Proposed-Intervenors.

WITHDRAWING ATTORNEY:        Barry J. Reingold
                            PERKINS COIE LLP
                            700 Thirteenth Street, NW, Suite 600
                            Washington, D.C.  20005-3960
                            Telephone:  202.654.6226
                            Facsimile:  202.654.6211
                            Email: BReingold@perkinscoie.com

This withdrawal of counsel shall be effective immediately.  The list of attorneys serving as

counsel of record for Proposed-Intervenors shall otherwise remain the same.

Dated:  July 8, 2015

Respectfully submitted,

**PERKINS COIE LLP**

By:  <u>*/s/ Barry J. Reingold*</u>

Barry J. Reingold, Bar No. 942086
BReingold@perkinscoie.com
700 Thirteenth Street, N.W.,
Suite 600
Washington, D.C.  20005-3960
Telephone:  202.654.6226
Facsimile:  202.654.6211

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2015, I electronically filed the foregoing with the Clerk of the

United States District Court for the District of Columbia by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF

system.

Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Barry J. Reingold*
     Barry J. Reingold, Bar No. 942086
     BReingold@perkinscoie.com
     700 Thirteenth Street, N.W.,
     Suite 600
     Washington, D.C.  20005-3960
     Telephone:  202.654.6226
     Facsimile:  202.654.6211