# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN:<br><br>AN APPROXIMATELY 836-POUND EMERALD, KNOWN AS THE BAHIA EMERALD, LOCATED IN LOS ANGELES, CALIFORNIA. | Misc. Action No. 15-783 (RMC) |

## ORDER

For the reasons stated in the Sealed Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the scope of intervention by the Morrison Parties is limited to claims and defenses permitted under 28 U.S.C. § 2467; and it is

**FURTHER ORDERED** that the motion for judicial notice filed by the Morrison Parties [Dkt. 17] will be **DENIED**; and it is

**FURTHER ORDERED** that the Morrison Parties and the Government shall confer and, if the Morrison Parties seek to litigate the propriety of the Restraining Order under § 2467, the parties shall file a joint proposed briefing schedule no later than May 20, 2016; and it is

**FURTHER ORDERED** that, no later than May 20, 2016, the Morrison Parties shall file a proposed redacted public version of the Sealed Notice and Motion for Judicial Notice [Dkt. 17] and Sealed Reply [Dkt. 19] together with exhibits, the Government shall file a proposed redacted public version of the Sealed Opposition [Dkt. 18] together with exhibits, and the parties shall file a joint proposed public version of the Sealed Opinion.

Date: April 29, 2016

/s/
ROSEMARY M. COLLYER
United States District Judge