**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN:<br><br>AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | ) ) ) ) ) ) ) ) ) ) ) )  Case: 1:15-mc-00783 |

**JOINT PROPOSED BRIEFING SCHEDULE REGARDING RECONISDERATION OF THE COURT'S RESTRAINING ORDER UNDER 28 U.S.C. § 2467**

     Kit Morrison, Todd Armstrong, Jerry Ferrara, Market Link, Inc., and FM Holdings, Inc. (collectively, the "Morrison Parties") and the Government, having conferred, hereby submit the attached Order Setting a Briefing Schedule Regarding Reconsideration of the Court's Restraining Order under 28 U.S.C. § 2467.

DATED:  May 20, 2016                    Respectfully submitted,

                                                By: */s/ Barak Cohen*
                                                    Barak Cohen, Bar No. 485945
                                                    BCohen@perkinscoie.com
                                                    700 Thirteenth Street, N.W.,
                                                    Suite 600
                                                    Washington, D.C.  20005-3960
                                                    Telephone:  202.654.6337
                                                    Facsimile:  202.654.6211

                                                   T. Markus Funk, Bar No. 1004922

                                                   Andrew J. Spielberger, California State Bar No. 120231

                                                   Attorneys for the Morrison Parties

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN: <br><br> AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | ) ) ) ) ) ) Case: 1:15-mc-00783-RMC ) ) ) ) ) ) |

**PROPOSED ORDER SETTING BRIEFING SCHEDULE REGARDING RECONSIDERATION OF THE COURT'S RESTRAINING ORDER UNDER 28 U.S.C. § 2467**

Upon consideration of the Court having granted the motion by Kit Morrison, Todd Armstrong, Jerry Ferrara, Market Link, Inc., and FM Holdings, Inc.'s ("the Morrison Parties") to intervene in the above-captioned case, it is hereby ORDERED this ____ day of _____, 2016, that the following Briefing Schedule be set:

1.      The Morrison Parties shall file their memorandum of law in support of their motion for the Court to reconsider its Restraining Order under 28 U.S.C. § 2467 no later than **September 9, 2016.**

2.      The Government shall file its memorandum of law in opposition to the Morrison Parties' motion no later than **September 23, 2016**.

3.      The Morrison Parties shall file their reply to the Government's opposition, if any, no later than **September 30, 2016**.

_____<br>
The Honorable Rosemary M. Collyer<br>
District Judge, U.S. District Court for the<br>
District of Columbia