UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN: <br><br> AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | Case: 1:15-mc-00783-RMC |

### INTERVENORS' UNOPPOSED MOTION
### TO SUSPEND BRIEFING AND TO STAY THE CASE

Pursuant to Local Civil Rule 7 of the United States District Court for the District of Columbia, Intervenors Kit Morrison, Todd Armstrong, Jerry Ferrara, Market Link, Inc., and FM Holdings, Inc. (collectively, the "Morrison Parties") respectfully request that the Court suspend briefing of their motion for reconsideration of the Court's Sealed Opinion (Dkt. 20) and Order (Dkt. 21), currently due September 9, 2016, and stay the case.

### PROCEDURAL BACKGROUND

This case involves the enforcement and registration of a foreign restraining order by the U.S. government pursuant to 28 U.S.C. § 2467(d)(3) and 18 U.S.C. § 983(j)(1). On application by the U.S. government, the Court issued a restraining order to enforce a Brazilian restraining order in June 2015. The restraining order enforces a Brazilian restraining order concerning the Bahia Emerald, which a California court has ruled the Morrison Parties rightfully possess. Nevertheless, the government of Brazil has claimed that its nationals in the early and mid-2000s

illegally mined and exported the gem, and seeks the gem's forfeiture in a Brazilian court, if and when the Brazilian nationals are convicted.

On April 29, 2016, the Court limited the Morrison Parties, who had intervened in order to challenge the restraining order, to claims and defenses permitted by 28 U.S.C. § 2467, and further ordered the Morrison Parties to confer and establish a briefing schedule if they wished to litigate this matter. After the parties proposed a briefing schedule to the Court, the Court issued a Minute Order on May 25, 2016 establishing the deadline for the Morrison Parties' motion for reconsideration as September 9, 2016.

## THE MORRISON PARTIES' UNOPPOSED REQUEST

The Morrison Parties now request that the Court suspend briefing of the motion for reconsideration and stay the case. The U.S. government does not oppose this motion, which is supported by good cause.

As an initial matter, challenging the restraining order requires additional time in order to analyze fully the conduct of the Brazilian courts and the investigation of the gem by Brazilian prosecutors. Because of unique procedural hurdles posed by the Brazilian legal system, the Morrison Parties have not yet completed this investigation. Moreover, the Morrison Parties have also made efforts to engage in settlement negotiations with the Brazilian government in order to resolve this dispute, and the Morrison Parties desire more time to pursue this avenue with the Brazilian government. In light of these developments, both the U.S. government and the Morrison Parties agree that suspension of briefing for the motion for reconsideration and staying the case is appropriate.

-3-

For the foregoing reasons, the Morrison Parties respectfully request that the Court grant its motion so that briefing will be suspended and the case will be stayed until the stay is lifted on motion by the parties, or the parties notify the Court that the matter has been resolved.

Dated:  September 7, 2016

Respectfully submitted,

By: */s/ Barak Cohen*
Barak Cohen, Bar No. 485945
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Telephone:  (202) 654-6337
Facsimile:  (202) 654-6211
BCohen@perkinscoie.com

T. Markus Funk, Bar No. 1004922
(admitted pro hac vice)

Andrew J. Spielberger
(admitted pro hac vice)

Andrew J. Victor, Bar No. 1022316

*Counsel for the Morrison Parties*

**Statement of Points and Authorities**

Federal Rule of Civil Procedure 7

Local Civil Rule 7 of the U.S. District Court for the District of Columbia

PROPOSED ORDER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN:<br><br>AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | Case: 1:15-mc-00783-RMC |

**ORDER GRANTING INTERVENORS'**
**UNOPPOSED MOTION TO SUSPEND BRIEFING AND TO STAY THE CASE**

Before the Court is a motion to suspend briefing and to stay the case by Intervenors Kit Morrison, Todd Armstrong, Jerry Ferrara, Market Link, Inc., and FM Holdings, Inc. The government does not oppose the motion.

For good cause shown, the Court grants Intervenors' motion. The briefing of Intervenors' motion for reconsideration is suspended and the case is stayed. Intervenors or the government may seek to lift the stay by an appropriate motion.

SO ORDERED.

                                                                             ROSEMARY M. COLLYER
                                                                             United States District Judge