**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN: <br><br> AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | Case No.: 1:15-mc-00783-RMC |

## NOTICE OF WITHDRAWAL OF MOTION FOR A CONTINUANCE

On November 22, 2016, counsel for Intervenors in the above-captioned case inadvertently filed the incorrect version of a Motion for a Continuance seeking to extend the deadline for Intervenors' Motion for Reconsideration. Counsel for Intervenors had sought concurrence from counsel for the U.S. Department of Justice regarding the motion, and had forwarded to him a copy of the motion. Counsel for the U.S. Department of Justice revised the motion and returned a copy to counsel for Intervenors for filing.

After filing the motion, however, counsel for the U.S. Department of Justice informed Intervenors' counsel that he had forwarded the incorrect version for filing. Thus, the filed version of the Motion for a Continuance does not reflect the parties' agreement.

Therefore, counsel for Intervenors withdraws the Motion for a Continuance and will file a corrected version as agreed to by counsel for the U.S. Department of Justice.

- 2 -

Dated:  November 23, 2016

Respectfully submitted,

By:  *s/ Barak Cohen*
Barak Cohen, Bar No. 485945
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Telephone:  (202) 654-6337
Facsimile:  (202) 654-6211
BCohen@perkinscoie.com

T. Markus Funk, Bar No. 1004922
(admitted pro hac vice)

Andrew J. Spielberger
(admitted pro hac vice)

Andrew J. Victor, Bar No. 1022316

*Counsel for Intervenors*