UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN:<br><br>AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | Case No.: 1:15-mc-00783-RMC |

**JOINT MOTION FOR A CONTINUANCE OF THE DEADLINE TO FILE A MOTION FOR RECONSIDERATION AND REQUEST FOR ACCESS TO THE BAHIA EMERALD FOR AN APPRAISAL**

Pursuant to Local Civil Rule 7 of the United States District Court for the District of Columbia, Intervenors Kit Morrison, Todd Armstrong, Jerry Ferrara, Market Link, Inc., and FM Holdings, Inc. (collectively, the "Morrison Parties") and 18 U.S.C. § 2467 Applicant the United States respectfully requests that the Court continue the deadline for filing the Morrison Parties Motion for Reconsideration of the Court's Sealed Opinion (Dkt. 20) and Order (Dkt. 21) currently due December 8, 2016, until April 7, 2017.  The purpose of this continuance is to promote settlement and facilitate judicial economy.  The Morrison Parties and the United States also respectfully request that the Court issue an order so that an appraisal of the Bahia Emerald can be conducted in order to facilitate settlement of this matter.

**BACKGROUND**

This case involves the enforcement and registration of a foreign restraining order by the U.S. Government pursuant to 28 U.S.C. § 2467(d)(3) and 18 U.S.C. § 983(j)(1).  Pursuant to a Mutual Legal Assistance Treaty invoked by the U.S. Government, the Court issued a restraining

order to enforce a Brazilian restraining order in June 2015. The Brazilian restraining order concerns the Bahia Emerald ("the gem"). The Government of Brazil claims that its nationals illegally mined and exported the gem before it was imported into the United States and acquired by the Morrison Parties, who are not alleged to have had any relationship with the nationals. The Government of Brazil now seeks the gem's forfeiture, if and when the Brazilian nationals accused of having illegally mined and exported the gem are convicted in a Brazilian Court. This Court has permitted the Morrison Parties to intervene and challenge this Court's restraining order; the current filing deadline for the Morrison Parties' Motion for Reconsideration of the Court's restraining order is December 8, 2016.

## JOINT REQUEST

Due to recent developments in the settlement discussions between the Morrison Parties and the Government of Brazil, the Morrison Parties and the United States now request that the Court grant a second continuance of the filing deadline for their Motion for Reconsideration by 120 days.[1] Good cause supports the proposed extension. The Morrison Parties and the Government of Brazil have made significant progress towards settling this dispute, but Brazil does not find it appropriate to make details public at this time, although the Counsel for the parties are happy to discuss the details of any proposed settlement *in camera* if the Court so desires. In addition, in order to facilitate Settlement, the Morrison Parties seek access to Bahia Emerald in order to perform an appraisal of the gem. Thus, this Motion not only (1) seeks to continue the deadline for the Morrison Parties to file their Motion for Reconsideration, but also (2) seeks an order allowing an appraiser and others to examine the Bahia Emerald where it is being held by the Los Angeles County Sheriff's Department.

---

[1] The Court previously granted a 90-day continuance, in part because the parties had begun settlement discussions.

-3-

      The parties to the settlement preliminarily agree that the proposed settlement would not only forgo needless litigation, but may also satisfy both the Government of Brazil and the Morrison Parties respective interest in the gem. The details of this settlement have not been completed and involves many moving parts, but the parties are hopeful that they will be able to finalize an arrangement, if any, by early next year. Preserving the status quo at this time will promote settlement negotiations and facilitate judicial economy.

      For the foregoing reasons, the Morrison Parties respectfully request that the Court grant a continuance so that the Motion for Reconsideration will be due April 7, 2017, and instruct the Los Angeles County Sherriff's Department to provide the requested access to the gem to the Morrison Parties for an appraisal.

Dated: November 22, 2016      Respectfully submitted,

By: *s/ Barak Cohen*
Barak Cohen, Bar No. 485945
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6337
Facsimile: (202) 654-6211
BCohen@perkinscoie.com

T. Markus Funk, Bar No. 1004922
(admitted pro hac vice)

Andrew J. Spielberger
(admitted pro hac vice)

Andrew J. Victor, Bar No. 1022316

*Counsel for the Morrison Parties*

**Statement of Points and Authorities**

Federal Rule of Civil Procedure 7

Local Civil Rule 7 of the U.S. District Court for the District of Columbia

## PROPOSED ORDER

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN: <br><br> AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | Case No. 1:15-mc-00783-RMC |

## ORDER GRANTING INTERVENORS' UNOPPOSED MOTION

Before the Court is a Joint Motion to continue the deadline for Intervenors Kit Morrison, Todd Armstrong, Jerry Ferrara, Market Link, Inc., and FM Holdings, Inc. to file their Motion for Reconsideration..

For good cause shown, the Court grants Intervenors' Motion. The briefing of Intervenors' Motion for Reconsideration is due April 7, 2016. The government's response is due by April 21, 2017, and the Intervenors' reply is due by April 28, 2017.

SO ORDERED.

							_____
							ROSEMARY M. COLLYER
							United States District Judge

PROPOSED ORDER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN: <br><br> AN APPROXIMATELY 836-POUND EMERALD KNOWN AS THE BAHIA EMERALD LOCATED IN LOS ANGELES, CALIFORNIA | Case No. 1:15-mc-00783-RMC |

ORDER GRANTING ACCESS TO THE
BAHIA EMERALD FOR AN APPRAISAL

Before the Court is a Joint Motion to grant access to the Bahia Emerald, which is currently being held by the Los Angeles County Sheriff's Department, for an appraisal.

For good cause shown, the Court grants the Joint Motion. The Los Angeles County Sheriff's Department shall permit a designated appraiser as well as representatives of the United States and Intervenors' counsel to examine the Bahia Emerald at a date and time to be agreed between Intervenors' counsel and the Los Angeles County Sheriff's Department.

SO ORDERED.

_____
ROSEMARY M. COLLYER
United States District Judge