# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>ENFORCEMENT OF A RESTRAINING ORDER BY THE NINTH FEDERAL COURT, FIFTH JUDICIAL SUBSECTION IN CAMPINAS, SP, THE FEDERATIVE REPUBLIC OF BRAZIL, TO RESTRAIN:<br><br>AN APPROXIMATELY 836-POUND EMERALD, KNOWN AS THE BAHIA EMERALD, LOCATED IN LOS ANGELES, CALIFORNIA. | Misc. Action No. 15-783 (RMC) |

## ORDER

Upon consideration of the Joint Motion for a Continuance and Request for Access to the Bahia Emerald, it is hereby

**ORDERED** that the Motion for Continuance is **GRANTED**. Interveners shall file a Motion for Reconsideration no later than April 7, 2017. The Response shall be filed no later than April 21, 2017 and the Reply shall be filed no later than April 28, 2017; and it is

**FURTHER ORDERED** that the Motion for Access is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that the Los Angeles County Sheriff's Office is **ORDERED** to make the Bahia Emerald available for viewing, inspection, and appraisal to the United States Department of Justice, Asset Forfeiture and Money Laundering Section, Homeland

Security Investigations and their duly authorized representatives, agents, or personnel, upon 24 hours' notice; and it is

        **FURTHER ORDERED** that upon consent from the Department of Justice a representative from Interveners may be present during the viewing, inspection, and appraisal of the Bahia Emerald.


Date:  November 28, 2016               _____/s/_____
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge